IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BLUFF CREEK TIMBER CO., LLC | ) | CASE NO.: 17-82652-CRJ-11 |
| | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

**ORDER APPROVING FINAL APPLICATION FOR
APPROVAL OF DEBTOR'S ATTORNEY FEES**

This matter came before the Court for hearing upon the Debtor's Application for Final Approval of Debtor's Attorney Fees and Motion to Change Status of Approved Debtor's Attorneys Fees from Interim to Final (Doc. 168) filed on August 8, 2018. After proper notice, a hearing was held on September 12, 2018 with appearances by Kevin M. Morris on behalf of the Debtor, Grant McNutt on behalf of the Debtor, and Richard M. Blythe on behalf of the Bankruptcy Administrator.

At the hearing, the Court allowed Movant to orally amend the pleading to a Final Application for Approval of Debtor's Attorney Fees to more accurately reflect the relief being requested therein. Upon consideration of the pleading, the oral modification by Movant, and the findings stated on the record in open Court, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Final Application for Approval of Debtor's Attorney Fees in the amount of $42,738.25 and reimbursement of expenses totaling $1,199.35 is hereby APPROVED.

Dated this the 14th day of September, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
*An Attorney for the Debtor*